In the Matter of the Claim of JENNIE WESTERMAN, Respondent, against EQUIPMENT AND SUPPLY COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 1, 1929; decided October 15, 1929.)

*Jeremiah F. Connor* and *William A. Earl* for appellants.

*Hamilton Ward,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and LEHMAN, J.